No. 03–6057. MUNOZ v. KAYLO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–6060. MOORE v. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–6066. DAVIS v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 03–6068. SOKOLSKY v. BACA, SHERIFF, LOS ANGELES COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–6074. JACKSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–6077. PHILLIPS v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6079. RAYMER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–6082. ALLAH v. STICKMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–6083. SMITH v. BOWLEN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6085. SMITH v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6089. DEEM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–6091. BUCKNER v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6095. ACKLES v. FIELDING, JUDGE, CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 03–6097. WEATHERSPOON v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.